

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

MEMORANDUM ORDER ABATING APPEAL

Appellate case name:      APTLA, LLC and GATESCO, Inc. v. The City of Baytown

Appellate case number:   01-20-00678-CV

Trial court case number:  1156692

Trial court:                     Harris County Civil Court at Law No. 1

On June 5, 2020, a fire damaged a building at the Laguna Azul Apartments, an apartment complex owned by APTLA, LLC and located in the City of Baytown. A dispute arose between the parties about the permits needed to repair the building.

On September 10, 2020, the trial court granted the City of Baytown's request for a temporary injunction, enjoining APTLA from conducting unpermitted construction and ordering APTLA to install a protective fence around the building. APTLA and Gatesco, Inc. appealed the trial court's order granting a temporary injunction.

While the appeal was pending, the parties attended mediation, reached a tentative settlement, and executed an agreement to seek a ninety-day abatement of the proceedings in the County Court at Law No. 1 and an abatement of this appeal, while APTLA finishes repairing the building. On March 22, 2021, APTLA, Gatesco. and the City jointly moved to abate this appeal for 90 days pursuant to  Rule 42.1(a)(2)(C) of the Texas Rules of Appellate Procedure.

Accordingly, the Court **GRANTS** the parties' joint motion. The appeal is abated, treated as a closed case, and removed from this Court's active docket. *See* TEX. R. APP. P. 42.1(a)(2)(C). If the settlement has been finalized by June 29, 2021, the parties are instructed to file a motion to reinstate and dismiss the appeal in accordance with their settlement agreement. If the parties have not finalized their settlement by that date, they are instructed to file a report informing this Court about the status of the appeal and requesting any necessary extension of the abatement.

It is so **ORDERED**.

Judge's signature: /s/ Justice Sarah Beth Landau_____
                    ☑ Acting individually     ☐ Acting for the Court

Date: March 30, 2021_____